Pro Se 1 (Rev. 12/16) Complaint for a Civil Case                                    Extended Evidence

# UNITED STATES DISTRICT COURT
for the

City District of Clark

8th Division

King Michael Tutankhamun )
Grand Royal Prince Michael Dumpledore III )
Michael Maxwell Hill )
_____ )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
)
State Court District Attorney's Office )
_____ )
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No. 2:22-cv-01219-RFB-EJY
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

            AUG 11 2022

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: King Michael Tutankhamun Grand Royal Prince Michael Dumpledore III Michael Maxwell Hill

Street Address: 7580 Las Vegas Blvd S, #530

City and County: Las Vegas, Clark

State and Zip Code: Nevada, 89123

Telephone Number: 470-546-4964

E-mail Address: Ktenmiami@outlook.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name: District Attorney's Office
Job or Title (if known): DA or DA assistant
Street Address: 200 Lewis Ave
City and County: Las Vegas, Clark
State and Zip Code: Nevada, 89101
Telephone Number: 702-671-2500
E-mail Address (if known): DAinfo@ClarkCountyDA.com

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Obstruction of Justice, destruction of pertinent evidence for current case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* King Michael Tabaulchanan pledjuve II Grant Royal Prince Michael Pumpledue Michael Maxwell Hill , is a citizen of the State of *(name)* Nevada .

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The state court, under the District Attorney's office threw away pertinent Memorandums with the court case typed on the memorandums

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_Change obstruction, fraud -hide state settlement from 1993_
_Destruction of Confidential information_

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _11th August 2022_

Signature of Plaintiff _[signature]_

Printed Name of Plaintiff _King Michael Tutankhamun / Grand Royal Prince Michael Dumplebra III_
_Michael Maxwell Hill_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Thurs Aug 11, 2022

Steve Wilson

I need a response in 24°. Good Faith

D. Karla Clark

702 465-9147

DOCKC0070@yahoo.com
1 world Trade CTR STE 196
Long Beach CA 90831

Located inside

Gauntlet 11 August 2022

-- Installed Software on cell phone

- Trump supporter

Stolen Golden Earth Globe

- Plays "when can I lick your penis" as a melody

She hates silly faggots

- Player Countermeasures

From: King Michael Tutankhamun
To: Grand Royal Prince Michael Dumpledore III
   District Attorney Asst.

Here is what your Stellar private Investigator has been up to for the last 30 years.

- No Immunity

- Domestic Violence
- Sexual Assault/Fraud!

# Clark County DA Steve Wolfson kept quiet about aide's theft



Audrie Locke, community liaison and spokeswoman for the Clark County District Attorney's Office, leaves the Regional Justice Center in Las Vegas, Tuesday, March 13, 2018. (Erik Verduzco/Las Vegas Review-Journal) @Erik_Verduzco

By **Jeff German** and **David Ferrara** Las Vegas Review-Journal   
March 15, 2018 - 12:31 pm

Don't miss the big stories. Like us on Facebook.      Follow 317K

A longtime aide to District Attorney Steve Wolfson stole nearly $42,000 from his campaign four years ago to cover a gambling habit, but was allowed to pay back the money and avoid being charged, a Las Vegas Review-Journal investigation has found.

Audrie Locke, 45, the district attorney's community liaison and spokeswoman, admitted in an interview that she took the campaign's checkbook from Wolfson's office without his knowledge and wrote a series of checks to herself in 2014. She blamed the theft on money troubles tied to

### Las Vegas Metro Police Department

Fraud- supplied information to the Department of Federal Bureau of Investigations about King Michael Tutankhaman embezzlement charge

The Federal Bureau of Investigation signed off on this charge but was never enforced

The government sent this charge back and said he is King Michael Tutankhaman

The Las Vegas Metro Police Department stated he is not going to be arrested if he does not claim his evidence inside our evidence locker and evidence room

Las Vegas Metro Police Department started using his software in 1994 and never said anything to the Department of Federal Bureau of Investigations

The person in charge was Donald John Trump

Donald John Trump said he is not the Director but he is the Royal Liaison so, send all traffic from King Tutankhaman to my office located in Mamaroneck New York.

The Department of Federal Bureau of Investigations has been lying to the Vatican for 30 years about King Michael Tutankhaman/The Grand Royal Prince Michael Dumpledore III

The Vatican sent a letter of condolences to the Department of Federal Bureau of Investigations with a picture of King Michael Tutankhaman/The Grand Royal Prince and was forwarded to Queen Elizabeth II 'see you in court'.

Queen Elizabeth II replied, fuck you.

The Vatican replied while being pursued in court by the Las Vegas Metro Police Department we have sovereign immunity to kill King Michael Tutankhaman if he pursues this matter in court.

The Vatican replied.

The Las Vegas Metro Police Department owes King Michael Tutankhaman an explanation of this embezzlement charge.

The Las Vegas Metro Police Department replied and said we are not going to pursue King Michael Tutankhaman.

The Vatican replied and said, we are not going to pursue you in court but, King Michael Tutankhaman may.

Las Vegas Metro Police Department replied and said, well we will see him in court.

The Vatican replied and said, we will support our Royal Baby Angel at all costs.

Las Vegas Metro Police Department replied and said, it was the private Investigator sent by the Federal Bureau of Investigations.

The Vatican replied. We have to honor our Royal Baby Angel whom of which is King Michael Tutankhaman.

Las Vegas Metro Police Department replied. We see the point.

The Vatican replied, see you in court, they are waiting for King Michael Tutankhaman to return in one piece including the assets in which the United States of America lied about.

The Las Vegas Metro Police Department are on watch to see you take them to court because they said they are really sorry and have to get back to work but they were lied to from Donald John Trump and Markus Harvey and Marcos Harvey and a slew of other individuals involved.

The Vatican said, see you in court.

### Governor Brian Kemp

I was told not to honor who King Michael Tutankhaman is because he is a lying bastard from Atlanta, Georgia and needed to be surpressed.

The Vatican replied and said, see you in court because this is the end of the world. That statement was from the private investigator involved in the investigation.

The Private Investigator sleeps in the gauntlet hoping no one is monitoring him traveling back and forth to the Governors mansion in order to use the communication software.

The Private Investigator said I have nothing left, then he walked out of the Governors mansion and started crying because he was caught boinking Marcos Harvey again in the Apartments located at 2751 Hammondton rd #2, Smyrna Georgia 30081.

The Private Investigator is not allowed in the State of Georgia permanently banned by the Governor for getting him involved with this scandal

End of Transmission and not the disease.

The Governor of Georgia is not going to win this next election if he is involved with this scandal so he is asking permission to recuse himself from this investigation following the approval of King Michael Tutankhaman.

The State of Georgia will not rely on this frivolous claim from the private investigator no longer.

The Private Investigator is not longer allowed to investigate King Michael Tutankhaman in accordance with the standard of investigating Diplomats.

The State of Georgia states your record will be cleared following the completion of your trial involving the United States of America.

The Vatican said, we have been monitoring King Michael Tutankhaman for the last 600 million years, we will not allow this time frame to discourage our Golden Angel.

The Private Investigator wants King Michael Tutankhaman to represent him in court and will not disagree with anything that is submitted in accordance with the policing authority.

The Vatican said we will authorize whatever punishment he recommends from the manual of policing authority.

The Private Investigator is literally typing everything using the equipment we sent to King Michael Tutankhman because he has been storing the equipment in the apartment originally assigned to King Michael Tutankhaman after his first encounter with this Private Investigator whom of which has been stalking King Michael Tutankhaman for the past 30 years in order to hide his identity.

The Vatican has to be made aware of these allegations and no one has sent communication to the Vatican authority in the last 30 years about King Michael Tutankhamans whereabouts.

The Vatican is not only investigating these matters but has authorized King Michael Tutankhaman to use his better judgement in order to solidify the Private Investigator in which is still typing these communicative messages in order to hide his deceit.

The Private Investigator is on his way to The Vatican in which is located in the City of Las Vegas and then he left and went to Atlanta, Georgia in order to inform the Governor that King Michael Tutankhaman has been located in the City of Las Vegas but was seen hotroding his matte dark gray Dodge Charger in order to show off to King Michael Tutankhaman that he will never be able to pursue these matters in court because the Dodge Charge is his vehicle if he remembers they replaced his vehicle with the components in which he damaged to the man that he tormented from 2013 in which he was not even in the City of Las Vegas.

The Vatican has not heard of these allegations for the last 30 years so how are they being made available to the Las Vegas Police Department when this medium is suppose to be for Governor Brian Kemp.

The Private Investigator stopped typing and noticed that everything he was typing was being typed at the same time as he was typing the information into the medium in which he stole from the Governors Mansion when he left conducting his campaign trail.

The Governor of Georgia is not typing or using the medium sent by the Vatican because the Governor does not know how to use the computer based system while using the keyboard.

The Private Investigator was reprimanded for this frivolous act of policing authority and will be pursued in court by King Michael Tutankhaman/The Grand Royal Prince Michael Dumpledore III.

The Vatican is waiting on you to return.

The Private Investigator is purposely drawing out this communication due to them being removed from the case but is still using the medium in order to secure funding from the Vatican.

The District Attorney office is so sorry this happened again and while support any decisions made by King Michael Tutankhaman/The Grand Royal Prince Michael Dumpledore III.

The Judge assigned said we have a major case again dealing with this rogue private investigator who will not go away.

The Private Investigator said, I can't go away because I am lonely, see you in court. (heresay)

The Private Investigator under the Governors medium stated bow to me and take this dick.

Governor responded and said see you in court

The Private Investigator said, Marcos make him bow.

Albert Perry responded, do not respond see you in court

The Private Investigator says we are married and have been fornicating since he was 13 years old.

The Private Investigator has been receiving accolades using your information for the past 30 years about being the best private investigator in the world.

I need to shower because me and my husband are about to go to jail for the rest of our lives for torturing the Golden Angel whom of which is King Michael Tutankhaman/The Grand Royal Prince Michael Dumpledore III/Michael Joseph (frivolous adoption to Michael Maxwell Hill in order to hide his identity)



**ONE CROWN**

**KING Michael Tutankhaman**
**Michael Dumpledore III**
7580 Las Vegas BLVD S, #530
Las Vegas Nevada 89109
470.546.4964
ktenmiami@outlook.com

**United States District Court**
333 Las Vegas
Las Vegas, Nevada 89101

August 10th, 2022

**Judge Boulware and Magistrate Judge Youchah, District Attorney,**

**Case# 2:22-cv-01219-RFB-EJY(AIB actual)**
**(HARVEY V HILL)**

This letter is to the District Attorney's Office, we are requesting a transmittal record in verifying the number of memorandum's this office has received for the assigned court case number as listed above. The office has not provided a record of transmittal for any of the memorandum's in which has been designated for the District Attorney's or the District Magistrate Judge.

This letter is proof that the City of Las Vegas is not paying any attention to the condition's in which have been forced upon King Michael Tutankhaman/The Grand Royal Prince Michael Dumpledore III/Michael Joseph(frivilously adopted and given the name Michael Maxwell Hill).

The reason for this letter transmittal is to signify the continuity between the Magistrate Judge, the Las Vegas Metro Police Department and King Michael Tutankhaman/The Grand Royal Prince Michael Dumpledore III/Michael Joseph(frivolous adoption to Michael Maxwell Hill). Due to the private investigator acting as the District Attorney, shows a lack of enforcement and continuation pursuant to the policing manual.

Thank You.



Rushed to replace the tape with a non-serialized tape, stated issued by police but software is issued by the Vatican.

Marcos/Marquis Harvey states his brother's name is actually Lamont Harvey not Markus Harvey may need to verify 1040 ez.

Marcos/Marquis Harvey then stated well wait one minute, by brothers name is Henry Harvey not Lamont, then he stated he is a Perry and not a Harvey. Verify 1040 ez

Marcos/Marquis Harvey states Lamont Harvey and Marcos Harvey stole King Michael Tutankhaman/The Grand Royal Prince Michael Dumpledore III/Michael Maxwell Hill the just towed them from the house in Las Vegas, Nevada that was built for you in 1997. House was on 1st street but they torn it down. The police stated the house was abandoned. They used the Grand Royal Prince Michael Dumpledore military benefits to frivolously secure the $400,000.00 without his knowledge or authorization. The Governor bought the house for $200,000.00 and sold the house for $300,000.00, the Governor acquired the information from Wilbur the old district attorney whom of which was and still is in the mafia.

The additional $100,000.00 was consumed within the budget of Las Vegas, Nevada.

Marcos/Marquis Harvey signed the home purchase at 17 years old, he never received the keys

No property tax was ever paid on the residence, never a house placed on the empty lot. The lot is the lot with the water tank trailer.

Queen Elizabeth of England signed the authorization, she was in regular visits with Albert Perry and Alexander Perry.

Queen Elizabeth of England stated watch him get excited from sleeping next to a little boy, but Marcos/Marquis Harvey is 37 years old(slander)

Markus Harvey has used Christopher Stevens name before for a vehicle purchase, but his name is Markus Harvey.

Kodak Black is using King Michael Tutankhaman/The Grand Royal Prince Michael Dumpledore III/ Michael Maxwell Hill in Miami, Florida for music and funding.

Marcos/Marquis Harvey has been collecting the checks designated for King Michael Tutankhaman/The Grand Royal Prince/Michael Joseph(Michael Maxwell Hill) for 30 years from the District Attorney's office, using his expired identification with his name as Michael Dumpledore III from California.

Workers at 76 gas station the oriental female that knows Marcos/Marquis Harvey is using the interrogation feature on the Vatican sounder/recorder at 569 E Sahara Ave, Las Vegas NV. 89104.

Rushed to replace the tape with a nonserialized tape, stated issued by police but software is issued by the Vatican.

Thank You

